UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CR-20545-RNS

UNITED STATES OF AMERICA,

v.

CHRISTOPHER ROBERTSON,

  Defendant.

_____/

## DEFENDANT CHRISTOPHER ROBERTSON'S UNOPPOSED MOTION FOR EXPEDITED PRE-SENTENCE INVESTIGATION REPORT

Defendant, Christopher Robertson, through counsel, files this Unopposed Motion for Expedited Pre-Sentence Investigation Report, and in support states:

Defendant, Christopher Robertson, is scheduled for sentencing on December 17, 2024.  Mr. Robertson intends to plead guilty to the charges against him.  He is charged with conspiracy to commit an offense against the United States by illegally importing goods to the United States in violation of 18 United States Code § 371.

Based on the available information, Mr. Christopher Robertson's Federal Sentencing Guideline calculation may place him in the zero to six months incarceration zone.  Given the potential sentence, the Parties are requesting that the United States Probation Department prepare an abbreviated Pre-Sentence Investigation Report prior to the December 17, 2024 change of plea hearing.

If undersigned counsel is correct regarding the Federal Sentencing Guidelines range, it may be possible for the Court to impose sentence immediately upon completion of the change of plea hearing.

WHEREFORE, the Defendant, requests that the Court grant Defendant Christopher Robertson's motion and order United States Probation Office to prepare an expedited Pre-Sentence Investigation Report that will be returned prior to the December 17, 2024 hearing.

Date: December 16, 2024

Respectfully submitted,

TACHE, BRONIS AND DESCALZO, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
Telephone:   (305) 537-9565
Facsimile:   (305) 537-9567

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**
Florida Bar. No. 669318
mdescalzo@tachebronis.com
service@tachebronis.com
*Counsel for Christopher Robertson*

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this 16th day of December, 2024, the foregoing was

electronically transmitted to counsel of record via the Court's CM/ECF platform.


By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**