UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CR-20545-RNS

UNITED STATES OF AMERICA,

v.

CHRISTOPHER ROBERTSON,

    Defendant.
_____/

## DEFENDANT CHRISTOPHER ROBERTSON'S UNOPPOSED MOTION FOR EXPEDITED PRE-SENTENCE INVESTIGATION REPORT

Defendant, Christopher Robertson, through counsel, files this Unopposed Motion for Expedited Pre-Sentence Investigation Report, and in support states:

Defendant, Christopher Robertson, is scheduled for a change of plea on December 17, 2024. Mr. Robertson intends to plead guilty to the charges against him. He is charged with conspiracy to commit an offense against the United States by illegally importing goods to the United States in violation of 18 United States Code § 371.

Based on the available information, Mr. Christopher Robertson's Federal Sentencing Guideline calculation will likely place him in Zone B with a sentencing range of 8 to 14 months. Given the potential sentence, Mr. Robertson is requesting that the United States Probation Department prepare an abbreviated Pre-Sentence Investigation Report.

The government does not oppose the relief requested.

WHEREFORE, the Defendant, requests that the Court grant Defendant Christopher Robertson's motion and order United States Probation Office to prepare an expedited Pre-Sentence Investigation Report that is due on a date ordered by the Court.

Date: December 16, 2024

Respectfully submitted,

TACHE, BRONIS AND DESCALZO, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
Telephone:  (305) 537-9565
Facsimile:   (305) 537-9567

By: */s/ Marissel Descalzo*
    **Marissel Descalzo, Esq.**
    Florida Bar. No. 669318
    mdescalzo@tachebronis.com
    service@tachebronis.com
    *Counsel for Christopher Robertson*

**CERTIFICATE OF SERVICE**

I CERTIFY THAT, on this 16th day of December, 2024, the foregoing was electronically transmitted to counsel of record via the Court's CM/ECF platform.

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**